

RECEIVED
APR 18 2011
APR 18 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Belton K. Smith

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart

Sup. Curry

Sup. Miller

Avery Hart, MD

Dr. Yu

P.A. Fowler, Nurse Reynolds

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

11 C 2598
Judge John A. Nordberg
Magistrate Judge Arlander Keys

**CHECK ONE ONLY:**

__✓__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Belton K. Smith

   B. List all aliases: _____

   C. Prisoner identification number: 20070050603

   D. Place of present confinement: Cook County Jail

   E. Address: P.o. Box 089002 Chicago, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart

   Title: Cook County Sherrif

   Place of Employment: Cook County Sherrifs Office

   B. Defendant: Sup. Curry

   Title: Superintendant, Division 1

   Place of Employment: Cook County Jail

   C. Defendant: Sup. Miller

   Title: Superintendant, Division 1

   Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.  Plaintiff(s):

   A. Name: _____
   B. List all aliases: _____
   C. Prisoner identification number: _____
   D. Place of present confinement: _____
   E. Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Avery Hart, MD
      Title: Medical Director of Cermak Health Services
      Place of Employment: Cook County Jail, Cermak Health Services

   B. Defendant: Dr. Yu
      Title: Physician
      Place of Employment: Cook County Jail, Cermak Medical Services

   C. Defendant: P.A. Fowler
      Title: Physicians Assistant
      Place of Employment: Cook County Jail, Cermak Health Services

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 B

Revised 9/2007

I.  **Plaintiff(s):**

   A.  Name: _____

   B.  List all aliases: _____

   C.  Prisoner identification number: _____

   D.  Place of present confinement: _____

   E.  Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: __Nurse Reynolds__

   Title: __Nurse Division 1__

   Place of Employment: __Cook County Jail, Cermak Health Services__

   B.  Defendant: _____

   Title: _____

   Place of Employment: _____

   C.  Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Belton K. Smith & Mary Ann Schmitz filed together against Constitutional Casualty and insured

B. Approximate date of filing lawsuit: Between 1992-93

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Belton K. Smith, Mary Ann Schmitz, Mike Owens. Mike Owens filed Separately

D. List all defendants: Constitutional Casualty and its insured Bob's Aluminum Siding

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: unknown, The case went to Arbitration Hearing

G. Basic claim made: Mike Owens and I were Rear Ended by A large truck. The Vehicle belonged to my Fiancee Mary Ann Schmitz. We, Mike and I were both injured in Collision

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case, I believe was Settled by the Arbitrators.

I. Approximate date of disposition: Between 1994-95

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Monday May 11, 2009 I Bolton K. Smith with other Detainees of The Cook County Jail were enroute from Division 1. We were held by the laundry in the Hallway I began feeling Dizzy. I informed Officer Peek who began uncuffing me from another inmate. Before I was uncuffed I passed out falling to the floor. Officer Peek was asking me if I was alright when I came to.

Officer Peek helped me up he asked me how I felt. I told him I felt Dizzy but more stable than I was. We were standing in the Hallway, another officer went to call someone from Cermak. I began feeling really Dizzy again, I remember Officer Peek reaching to grab me. I Passed out again falling knees to the floor first then my torso Backward, Pinning my legs underneath me. I'm 6'4" 225 lbs. I was unable to move. I was left in this position until another officer arrived to help officer Peek lift me so my legs could be straightened. I was seated in a chair in the Hallway checkpoint near Division 5 along with Officer Peek. A Gurney arrived from Cermak Medical Services where I was taken. Upon arriving at Cermak my Vital Signs were checked. I was asked about any

4

Case: 1:11-cv-02598 Document #: 1 Filed: 04/18/11 Page 7 of 11 PageID #:7

medications I was taking. I informed them that I was taking Hydrochlorozine and Enapril for High Blood Pressure. My Blood Pressure was taken and was 88/60 which is dangerously low. I was asked when I had last taken the medication. I had taken the meds that morning at Breakfast as I did every morning. I was given Aspirin and Water to drink and I stayed there until my Blood Pressure became stable. My Knees were Both Hurting Badly. I was told I'd be seen by the Division Physician and sent to Court.

Upon returning from Court I saw Paramedic Moora and explained what had happened earlier that morning. I showed her the Swelling in my Knees. She told me I'd be called to the Dispensary later for Cold Compresses and Something for Pain. The Doctor who saw me At Cermak gave me A Perscription I thought for medication but instead said that my Blood Pressure Meds needed to be Re-Evaluated.

I wasn't called to the dispensary for two Days. I was given four to five compresses. The Pain and Swelling in both of my Knees was Extreme. I was given some tylenol. Two Days later I was sent by the Officer on my tier to the dispensary for more Compresses. I was told by Nurse Reynolds that they didn't have any Compresses. She told me she'd make sure I got some and saw a doctor soon.

A few days later I was seen in the dispensary by Dr. Y__ my knees were Very Sensitive to the touch and extremely Swollen. He said that the pain would subside as the Swelling left. I told

5

Revised 9/2007

That I was really in Pain and could hardly walk. He wrapped my knee which was more swollen (left) and gave me more compresses and Tylenol and I was told I'd be seen in a week. I used the compresses and kept my knee wrapped and stayed off my feet as much as possible. I wasn't called to the dispensary until I wrote a Grievance. The Dispensary was full and everyone was there because they wrote a Grievance.

I was seen by Physician Assistant Fowler who I told a few weeks before this incident that I felt dizzy while exercising while on the medication. He told me to stop exercising which I did. He started asking me about the medication, I told him I wasn't taking the pills and what the Doctor had said at Cermak. He told me that my Blood Pressure wasn't an Extreme case and I would probably benefit from a low Salt Diet. He filled out a Prescription for the Diet tray which I never received. He looked at my knees and said they were very swollen and that the pain would go away. He stated that "it was a Bad Sprain." My Knees remained Swollen for months. I began writing many Grievances for lack of medical care. I had several conversations with Nurse Reynolds about my knees when I would be called to the dispensary.

It got to the point that I was writing Grievances just to be seen by Dr Yu or P.A. Fowler who after the swelling was gone refused to get X-Rays of my knees saying they were fine or getting better. I couldn't bend my left knee then straiten without lifting my leg with my hands. This Blatant Violation of my Civil Rights. I was denied Proper Medical Treatment for over a year when Dr Yu and P.A. Fowler were transferred out of Division 1. Dr. Cruz, the

time I saw him sent me for an X-Ray, which revealed A Break in my left Knee. Dr. Sims Concurred calling it "A Healing Fracture". Dr Cruz also put in A Dietary form which enabled me to start recieving Diet Trays. My 8Th and 14Th Amendments were Violated clearly by the Systimatic and Blatant disregard of their Duties as Physicians and Nurses by the then Executing Dr and Staff in Division 1. at the time of this incident. I wrote Several Grievinces which all referred my complaint to Cermak Health Services where Avery Hart M.D. is head. His Staff are responsible not only for The Damage to my Knee but Over-medicating in the first Place. I believe Dr Yin and P.A Fowler along with Nurse Reynolds attempted to Cover-up this entire incident by attempting to Keep me from being X-Rayed so that me Over-Medicated after I complained about being Dizzy before I passed out wouldn't be known. I have the Notice to Division 1 written by the Physician who Saw me at Cermak Stating that my Blood Pressure meds should be Re-Evaluated.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Due to Negligent Systematic inefficiency in the Cook County Jails Division 1 Dispensary and Cermak Health Services I was over-medicated and severely injured on May 11, 2009. The Irresponsible handling of my injuries led to my 8Th and 14Th Amendments being Violated. The Government is obligated under the 8Th Amendment to provide adequate Health care to prisoners. Not to do so is Deliberate Indifference to Serious medical needs of prisoners constitutes the Unnecessary and Wanton infliction of Pain proscribed by The 8Th Amendment. I'm naming Cook County Sheriff Tom Dart and Superintendents Curry and Miller who ran Division 1 for the Jail. I'm Naming Dr. Avery Hart, Medical Director who oversaw the Policy which denied me treatment during the time in Question. Dr Yu and P.A. Fowler are listed as defendants because they carried out the system of failure. And finally, Nurse Reynolds who acted as A buffer between Doctor and Patient who participated in A System of Denying Proper and Effective Medical Treatment.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking declartory and injunctive relief in the form of access to to correcting and effective medical treatment. I'm also seeking both compensatory and punitive damages for the MAXimum allowable amount allowed by both Statute and Court

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  23  day of  March , 20 11

_Belton K. Smith_
(Signature of plaintiff or plaintiffs)

Belton K. Smith
(Print name)

2007 005 0603
(I.D. Number)

P.O. Box 089002

Chicago, IL. 60608-9002

(Address)

6